## JOHN CONRAN v. STATE OF FLORIDA

17 So. (2nd) 82                                    January Term, 1944
February 29, 1944                                  Special Division A

*John M. Coe* and *W. L. Fitzpatrick,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Appellant was convicted of perjury and on appeal here he questions the sufficiency of the evidence to sustain the verdict. We have considered the evidence and are of the opinion that it is insufficient to sustain the verdict, hence the judgment is therefore reversed.

Reversed.

BUFORD, C. J., CHAPMAN, THOMAS and ADAMS, JJ., concur.